# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GEICO INDEMNITY COMPANY,

        Plaintiff,

v.                                                  Case No:   6:23-cv-985-RBD-LHP

MICAH GRAHAM and COREY MCKINNEY,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO APPEAR VIA ZOOM**   (Doc. No. 36)
>
> **FILED:**      November 14, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant Cory McKinney may appear via Zoom at the preliminary pretrial conference scheduled for November 15, 2023 at 10:00 a.m.  *See* Doc. No. 29.  A Zoom invitation will separately issue to Mr. McKinney via email.   All other counsel are still expected to appear in person.

- 2 -

The Clerk of Court is **DIRECTED** to provide a copy of this Order to Mr. McKinney via email.

**DONE** and **ORDERED** in Orlando, Florida on November 14, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties