# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GEICO INDEMNITY COMPANY,

      Plaintiff,

v.                                        Case No:   6:23-cv-985-RBD-LHP

MICAH GRAHAM and COREY MCKINNEY,

      Defendants

---

## ORDER AND REPORT AND RECOMMENDATION

This cause comes before the Court following a preliminary pretrial conference held before the undersigned today, November 15, 2023.  *See* Doc. Nos. 29, 40.  At the conference, the undersigned granted *pro se* Defendant Corey McKinney's oral request for access to the Court's CM/ECF filing system, and obtained Mr. McKinney's consent to service of Court filings via same.  *See* Doc. No. 39.  The undersigned further discussed with the parties the schedule for this case, as well as their previously submitted Case Management Report.  *See* Doc. No. 27.

Following discussion with the parties (both represented and unrepresented), the parties have agreed to modify their proposed deadlines set forth in their Case Management Report to allow adequate time for discovery and other case issues, to

include an extension of several of their proposed deadlines by approximately six (6) months, with a May 2025 trial term.[1] The parties further agreed that the undersigned would submit a recommendation to the presiding District Judge regarding same.

Accordingly, for the reasons discussed at the conference, and upon consideration of the schedule of the presiding District Judge, it is respectfully **RECOMMENDED** that the Court enter a Case Management and Scheduling Order that includes the following deadlines for this case:

| Action or Event | Date |
| --- | --- |
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 12/11/2023 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 6/20/2024 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B).<br><br>Plaintiff<br>Defendant<br>Rebuttal | <br><br><br>8/22/2024<br>9/23/2024<br>10/7/2024 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 11/6/2024 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 12/5/2024 |

---

[1] The undersigned notes that Defendant Micah Graham, through counsel, indicated that he will be filing a motion to stay discovery and other case deadlines in this case.

| | |
|---|---|
| Deadline for participating in mediation. *See* Local Rules, ch. 4. | 11/6/2024 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 3/31/2025 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 4/10/2025 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 4/17/2025 |
| Month and year of the trial term. | May 2025 |
| | |

It is further **ORDERED** that Defendant Corey McKinney's oral request for access to the Court's CM/ECF filing system (Doc. No. 39) is **GRANTED**. The Court will permit Mr. McKinney to file electronically in this case, provided that Mr. McKinney complies with the Administrative Procedures for Electronic Filing.[2] Mr. McKinney must also comply with all Local Rules, Federal Rules of Civil Procedure, and Court Orders. Failure to comply may result in the removal of electronic filing privileges.

---

[2] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov/, by selecting "Filing a Case."

## NOTICE TO PARTIES

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

Ordered and Recommended in Orlando, Florida on November 15, 2023.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties