UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEICO INDEMNITY COMPANY,

    Plaintiff,

v.                                  Case No:   6:23-cv-985-RBD-LHP

MICAH GRAHAM and COREY
MCKINNEY,

    Defendants.

### ORDER

After a preliminary pretrial conference with the parties, Magistrate Judge Leslie Hoffman Price issued a Report and Recommendation ("R&R") with proposed case management deadlines. (Doc. 42). The parties did not object and the deadline has passed, so the Court examines the R&R for clear error only. See *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 42) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The Court will delay entering the Case Management and Scheduling Order until after the discovery stay is lifted.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 10, 2023.



ROY B. DALTON, JR.
United States District Judge